JAMES E. LYON, Appellant, *v.* WARREN HUSSEY, Respondent.

> 82h    15
> 81 AD 422

*Contract to furnish evidence is against public policy.*

A contract to furnish evidence to establish the claim of one of the parties to an action about to be commenced is against public policy and will not be enforced.

APPEAL by the plaintiff, James E. Lyon, from a judgment of the Supreme Court in favor of the defendant, entered in the office of the clerk of the county of New York on the 30th day of July, 1894, upon the decision of the court, rendered after a trial at the New York Special Term, sustaining the defendant's demurrer to the complaint and also from the order directing the entry of said judgment on the demurrer.

*Noah Davis*, for the appellant.

*E. W. Armstrong*, for the respondent.

Van Brunt, P. J.:

It may not be necessary to add anything to the opinion which was handed down upon the decision of the demurrer in the court below. But it may be proper to call attention to the fact that part of the contract, damages for the breach of which this action was brought to recover, was to furnish evidence to establish the claim of the defendant in a litigation to be commenced. It is clear that such a contract is against public policy. The recognition of contracts of this character would be the introduction of all sorts of fraud and deception in proceedings before courts of justice, in order that parties might receive compensation out of the results of their successful manufacture of proofs to be presented to the court, thus holding out a premium upon subornation. The mere statement of the proposition seems to show that such a contract could never be recognized in any court of justice.

The judgment should be affirmed, with costs.

Parker, J., concurred.

Judgment affirmed, with costs.